[No. 40525-3-II.   Division Two.   June 14, 2011.]

ADAIR HOMES, INC., *Respondent*, v. KASEY J. BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-2-05722-8, Roger A. Bennett, J., entered March 19, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 41056-7-II.   Division Two.   June 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES R. BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00006-4, John A. McCarthy, J., entered July 16, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.

[No. 41603-4-II.   Division Two.   June 14, 2011.]

*In the Matter of the Dependency of* A.R.F.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-7-00356-2, David L. Edwards, J., entered December 1, 2010. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren and Johanson, JJ.

[No. 29205-3-III.   Division Three.   June 14, 2011.]

RAYMOND DUSHEY ET AL., *Appellants*, v. FIDELITY NATIONAL TITLE GROUP, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-05646-0, Annette S. Plese, J., entered June 15, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.